**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1265**

---

GLYNNDEAVIN VON FOX,

            Plaintiff - Appellant,

      v.

THE STATE OF SOUTH CAROLINA,

            Defendant - Appellee.

---

**No. 16-1272**

---

GLYNNDEAVIN VON FOX,

            Plaintiff - Appellant,

      v.

THE STATE OF SOUTH CAROLINA; SOUTH CAROLINA GOVERNOR NIKKI
HALEY,

            Defendants - Appellees.

---

**No. 16-1276**

---

GLYNNDEAVIN VON FOX,

            Plaintiff - Appellant,

      v.

MEDICAL UNIVERSITY OF SOUTH CAROLINA,

                    Defendant - Appellee.

                    ───────────────

                        **No. 16-1312**

                    ───────────────

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

            v.

ARIZONA STATE UNIVERSITY,

                    Defendant - Appellee.

                    ───────────────

                        **No. 16-1313**

                    ───────────────

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

            v.

MARKET STREET PAVILION HOTEL,

                    Defendant - Appellee.

                    ───────────────

                        **No. 16-1314**

                    ───────────────

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

            v.

COLLEGE OF CHARLESTON,

                Defendant - Appellee.

                                        _____

                                        **No. 16-1315**
                                        _____

GLYNNDEAVIN VON FOX,

                Plaintiff - Appellant,

        v.

RITZ CARLTON CORPORATION,

                Defendant - Appellee.

                                        _____

                                        **No. 16-1316**
                                        _____

GLYNNDEAVIN VON FOX,

                Plaintiff - Appellant,

        v.

JAPAN, The Sovereign Country of,

                Defendant - Appellee.

                                        _____

                                        **No. 16-1333**
                                        _____

GLYNNDEAVIN VON FOX,

                Plaintiff - Appellant,

        v.

PRENNER & MARVEL PA; STATE DEPARTMENT OF THE US, The; STATE OF SOUTH CAROLINA, The,

                   Defendants - Appellees.

                   ───────────────

                   **No. 16-1334**

                   ───────────────

GLYNNDEAVIN VON FOX,

                   Plaintiff - Appellant,

          v.

CITY OF CHARLESTON POLICE DEPARTMENT,

                   Defendant - Appellee.

                   ───────────────

                   **No. 16-1335**

                   ───────────────

GLYNNDEAVIN VON FOX,

                   Plaintiff - Appellant,

          v.

SOUTH CAROLINA, The State of; SOLICITOR SCARLETT A WILSON,

                   Defendants - Appellees.

                   ───────────────

                   **No. 16-1336**

                   ───────────────

GLYNNDEAVIN VON FOX,

                   Plaintiff - Appellant,

          v.

4

US STATE DEPARTMENT, The,

              Defendant - Appellee.

                    ───────────────

                    **No. 16-1337**

                    ───────────────

GLYNNDEAVIN VON FOX,

              Plaintiff - Appellant,

        v.

THE STATE OF SOUTH CAROLINA; CHARLESTON COUNTY CLERK OF COURT,

              Defendants - Appellees.

                    ───────────────

                    **No. 16-1338**

                    ───────────────

GLYNNDEAVIN VON FOX,

              Plaintiff - Appellant,

        v.

CHARLESTON POLICE DEPARTMENT,

              Defendant - Appellee.

                    ───────────────

                    **No. 16-1339**

                    ───────────────

GLYNNDEAVIN VON FOX,

              Plaintiff - Appellant,

        v.

5

SOUTH CAROLINA, State of,

        Defendant - Appellee.

---

**No. 16-1340**

---

GLYNNDEAVIN VON FOX,

        Plaintiff - Appellant,

    v.

DR MARISA NAVA, Ph.D.,

        Defendant - Appellee.

---

**No. 16-1342**

---

GLYNNDEAVIN VON FOX,

        Plaintiff - Appellant,

    v.

SAVAGE LAW FIRM,

        Defendant - Appellee.

---

**No. 16-1343**

---

GLYNNDEAVIN VON FOX,

        Plaintiff - Appellant,

    v.

L. RANDOLPH WAID, Ph.D.,

                    Defendant - Appellee.

―――――――――――

**No. 16-1344**

―――――――――――

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

          v.

GROVER BEAU SEATON, Esq.; B. J. BILTON, Paralegal; RACHEL MCKEIN, Esq.; SEATON LAW FIRM,

                    Defendants - Appellees.

―――――――――――

**No. 16-1345**

―――――――――――

GLYNNDEAVIN VON FOX,

                    Plaintiff - Appellant,

          v.

KEEFER & KEEFER LLC,

                    Defendant - Appellee.

―――――――――――

Appeals from the United States District Court for the District of South Carolina, at Charleston. Richard M, Gergel, District Judge. (2:16-cv-00106-RMG; 2:16-cv-00132-RMG; 2:16-cv-00179-RMG; 2:16-cv-00097-RMG; 2:16-cv-00187-RMG; 2:16-cv-00188-RMG; 2:16-cv-00186-RMG; 2:16-cv-00225-RMG; 2:16-cv-00184-RMG; 2:16-cv-00098-RMG; 2:16-cv-00227-RMG; 2:16-cv-00185-RMG; 2:16-cv-00131-RMG; 2:16-cv-00136-RMG; 2:16-cv-00228-RMG; 2:16-cv-00394-RMG; 2:16-cv-00180-RMG; 2:16-cv-00181-RMG; 2:16-cv-00182-RMG; 2:16-cv-00183-RMG)

―――――――――――

Submitted: August 16, 2016          Decided: August 24, 2016

———————————————

Before TRAXLER, KING, and AGEE, Circuit Judges.

———————————————

Dismissed by unpublished per curiam opinion.

———————————————

Glynndeavin von Fox, Appellant Pro Se.

———————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Glynndeavin von Fox appeals the district court's orders accepting the recommendations of the magistrate judge and dismissing each case without prejudice for failing to state a claim. We have reviewed the records and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals for the reasons stated by the district court. von Fox v. South Carolina, No. 2:16-cv-00106-RMG (D.S.C. Feb. 19, 2016); von Fox v. South Carolina, No. 2:16-cv-00132-RMG (D.S.C. Feb. 29, 2016); von Fox v. Med. Univ. of S.C., No. 2:16-cv-00179-RMG (D.S.C. Feb. 19, 2016); von Fox v. Ariz. State Univ., No. 2:16-cv-00097-RMG (D.S.C. Mar. 7, 2016); von Fox v. Market St. Pavilion Hotel, No. 2:16-cv-00187-RMG (D.S.C. Mar. 10, 2016); von Fox v. Coll. of Charleston, No. 2:16-cv-00188-RMG (D.S.C. Mar. 10, 2016); von Fox v. Ritz Carlton Corp., No. 2:16-cv-00186-RMG (D.S.C. Mar. 10, 2016); von Fox v. Japan, No. 2:16-cv-00225-RMG (D.S.C. Mar. 7, 2016); von Fox v. Prenner & Marvel PA, No. 2:16-cv-00184-RMG (D.S.C. Mar. 10, 2016); von Fox v. City of Charleston Police Dep't, No. 2:16-cv-00098-RMG (D.S.C. Mar. 7, 2016); von Fox v. South Carolina, No. 2:16-cv-00227-RMG (D.S.C. Mar. 10, 2016); von Fox v. U.S. State Dep't, No. 2:16-cv-00185-RMG (D.S.C. Mar. 10, 2016); von Fox v. South Carolina, No. 2:16-cv-00131-RMG (D.S.C. Mar. 7, 2016); von Fox v. Charleston Police Dep't, No. 2:16-cv-00136-RMG (D.S.C. Mar. 7, 2016); von Fox v.

South Carolina, No. 2:16-cv-00228-RMG (D.S.C. Mar. 10, 2016); von Fox v. Nava, No. 2:16-cv-00394-RMG (D.S.C. Mar. 10, 2016); von Fox v. Savage Law Firm, No. 2:16-cv-00180-RMG (D.S.C. Mar. 10, 2016); von Fox v. Waid, No. 2:16-cv-00181-RMG (D.S.C. Mar. 10, 2016); von Fox v. Seaton Law Firm, No. 2:16-cv-00182-RMG (D.S.C. Mar. 10, 2016); von Fox v. Keefer & Keefer, No. 2:16-cv-00183-RMG (D.S.C. Mar. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

                                                        DISMISSED